

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00055-CV

| | | |
|---|---|---|
| MCR OIL TOOLS, LLC, Appellant | § | On Appeal from the 67th District Court |
| V. | § | of Tarrant County (067-351981-24) |
| | § | October 9, 2025 |
| CRAIG D. DILLARD, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's orders. It is ordered that the orders of the trial court is affirmed in part and reversed in part. We affirm the trial court's order denying MCR Oil Tools, LLC's Rule 202 petition. We reverse the trial court's order granting Craig D. Dillard's TCPA motion to dismiss, including the trial court's order granting Dillard's request for attorney's fees.

It is further ordered that both parties shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker